UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BROADCAST MUSIC, INC.; CARL
PERKINS MUSIC, INC.; EVIL EYE
MUSIC, INC.; HOUSE OF CASH, INC.;
SONY/ATV SONGS LLC d/b/a SONY/ATV
TREE PUBLISHING; COMBINE MUSIC
CORP.; PAINTED DESERT MUSIC
CORPORATION,

        Plaintiffs,        CIVIL ACTION NO.:

v.

FISHTALES BAR & GRILL, INC. d/b/a
FISHTALES BAR & GRILL; and
CATHERINE VASSALLO, individually,

        Defendants.
_____/

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

### JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

### THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 8.5 million copyrighted musical

compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Carl Perkins Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Evil Eye Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff House of Cash, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Sony/ATV Songs LLC is a limited liability company doing business as Sony/ATV Tree Publishing. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Combine Music Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Painted Desert Music Corporation is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Defendant Fishtales Bar & Grill, Inc. is a corporation organized and existing under the laws of the State of Florida, which operates, maintains and controls an establishment known as Fishtales Bar & Grill, located at 3355 NE 33rd Street, Fort Lauderdale, Florida 33308, in this district (the "Establishment").

12. In connection with the operation of the Establishment, Defendant Fishtales Bar &

Grill, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

13. Defendant Fishtales Bar & Grill, Inc. has a direct financial interest in the Establishment.

14. Defendant Catherine Vassallo is the President of Defendant Fishtales Bar & Grill, Inc. with responsibility for the operation and management of that corporation and the Establishment.

15. Defendant Catherine Vassallo has the right and ability to supervise the activities of Defendant Fishtales Bar & Grill, Inc. and a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

16. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 15.

17. Plaintiffs allege eight (8) claims of copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

18. Since April 2014, BMI sent Defendants twenty-nine (29) letters and placed forty-four (44) telephone calls to Defendants in its efforts to educate Defendants as to the necessity to purchase a license for the public performance of musical compositions.

19. Included in the twenty-nine (29) letters were numerous Cease and Desist Notices,

providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment. The Cease and Desist Notices were not heeded.

20. On June 29, 2015, after BMI sent multiple Cease and Desist Notices to Defendants, BMI sent a music researcher to the Establishment who logged the unauthorized public performance of several musical compositions within the BMI Repertoire.

21. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the eight (8) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

22. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

23. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

24. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

25. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

26. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to

17 U.S.C. Section 505; and

    (IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: August 27, 2015

                                        s/ Zachary D. Messa
                                        **Zachary D. Messa, Esquire**
Florida Bar No. 513601
Email: zacharym@jpfirm.com
**JOHNSON POPE BOKOR RUPPEL & BURNS, LLP**
911 Chestnut Street
Clearwater, Florida 33756
Tel. (727)461-1818 / Fax (727)462-0965
*-and-*
**Frank R. Jakes, Esquire**
Florida Bar No. 372226
Email: frankj@jpfirm.com
**JOHNSON POPE BOKOR RUPPEL & BURNS, LLP**
403 East Madison Street, Suite 400
Tampa, Florida 33601-1100
Tel. (813)225-2500 / Fax (813)223-7118
Attorneys for Plaintiffs

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Blue Suede Shoes a/k/a Two Toned Shoes |
| Line 3 | Writer(s) | Carl Lee Perkins |
| Line 4 | Publisher Plaintiff(s) | Carl Perkins Music, Inc. |
| Line 5 | Date(s) of Registration | 12/23/83    12/29/55 |
| Line 6 | Registration No(s). | Re 186-810    Eu 421018 |
| Line 7 | Date(s) of Infringement | 6/29/2015 |
| Line 8 | Place of Infringement | Fishtales Bar & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Boy Named Sue a/k/a A Boy Named Sue |
| Line 3 | Writer(s) | Shel Silverstein |
| Line 4 | Publisher Plaintiff(s) | Evil Eye Music, Inc. |
| Line 5 | Date(s) of Registration | 4/29/69    6/25/70 |
| Line 6 | Registration No(s). | Eu 112300    Ep 275018 |
| Line 7 | Date(s) of Infringement | 6/29/2015 |
| Line 8 | Place of Infringement | Fishtales Bar & Grill |

| Line 1 | Claim No. | 3 | | | |
|---|---|---|---|---|---|
| Line 2 | Musical Composition | Folsom Prison a/k/a Folsom Prison Blues | | | |
| Line 3 | Writer(s) | John R. Cash a/k/a Johnny Cash | | | |
| Line 4 | Publisher Plaintiff(s) | House of Cash, Inc. | | | |
| Line 5 | Date(s) of Registration | 2/13/84 | 1/13/83 | 9/14/56 | 11/30/55 |
| Line 6 | Registration No(s). | RE 196-295 | RE 153-380 | Ep 102326 | EU 418371 |
| Line 7 | Date(s) of Infringement | 6/29/2015 | | | |
| Line 8 | Place of Infringement | Fishtales Bar & Grill | | | |

| Line 1 | Claim No. | 4 | | | |
|---|---|---|---|---|---|
| Line 2 | Musical Composition | I Walk The Line | | | |
| Line 3 | Writer(s) | John R. Cash | | | |
| Line 4 | Publisher Plaintiff(s) | House of Cash, Inc. | | | |
| Line 5 | Date(s) of Registration | 2/13/84 | 2/13/84 | 6/13/56 | 4/26/56 |
| Line 6 | Registration No(s). | RE 196-375 | RE 196-286 | Ep 100135 | Eu 435121 |
| Line 7 | Date(s) of Infringement | 6/29/2015 | | | |
| Line 8 | Place of Infringement | Fishtales Bar & Grill | | | |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | One Little Piece At A Time a/k/a One Piece At A Time |
| Line 3 | Writer(s) | Wayne Kemp |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 5/19/76 |
| Line 6 | Registration No(s). | Ep 352837 |
| Line 7 | Date(s) of Infringement | 6/29/2015 |
| Line 8 | Place of Infringement | Fishtales Bar & Grill |

| Line 1 | Claim No. | 6 | |
|---|---|---|---|
| Line 2 | Musical Composition | Sunday Mornin' Comin' Down | |
| Line 3 | Writer(s) | Kris Kristofferson | |
| Line 4 | Publisher Plaintiff(s) | Combine Music Corp. | |
| Line 5 | Date(s) of Registration | 11/5/69 | |
| Line 6 | Registration No(s). | Ep 265040 | |
| Line 7 | Date(s) of Infringement | 6/29/2015 | |
| Line 8 | Place of Infringement | Fishtales Bar & Grill | |

| Line 1 | Claim No. | 7 | |
|---|---|---|---|
| Line 2 | Musical Composition | Ring Of Fire | |
| Line 3 | Writer(s) | June Carter; Merle Kilgore | |
| Line 4 | Publisher Plaintiff(s) | Painted Desert Music Corporation | |
| Line 5 | Date(s) of Registration | 11/23/90 | 9/17/62 |
| Line 6 | Registration No(s). | RE 498-587 | Ep 167400 |
| Line 7 | Date(s) of Infringement | 6/29/2015 | |
| Line 8 | Place of Infringement | Fishtales Bar & Grill | |

| Line 1 | Claim No. | 8 | |
|---|---|---|---|
| Line 2 | Musical Composition | Get Rhythm | |
| Line 3 | Writer(s) | John R. Cash | |
| Line 4 | Publisher Plaintiff(s) | House of Cash, Inc. | |
| Line 5 | Date(s) of Registration | 2/13/84 | 2/13/84 |
| Line 6 | Registration No(s). | RE 196-374 | RE 196-283 |
| Line 7 | Date(s) of Infringement | 6/29/2015 | |
| Line 8 | Place of Infringement | Fishtales Bar & Grill | |